32 So.2d 186

**James T. TEDDER v. STATE.**

I Div. 542.

Court of Appeals of Alabama.
April 15, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 906

**Marvin TERRY v. STATE.**

8 Div. 538.

Court of Appeals of Alabama.
Oct. 29, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

29 So.2d 907

**George THOMAS v. STATE.**

6 Div. 427.

Court of Appeals of Alabama.
Feb. 11, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 907

**Henry THOMAS v. STATE.**

7 Div. 864.

Court of Appeals of Alabama.
Nov. 5, 1946.

Motley & Motley, of Gadsden, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

34 So.2d 873

**James THOMAS v. STATE.**

8 Div. 650.

Court of Appeals of Alabama.
Feb. 3, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 907

**Luther THOMAS v. STATE.**

7 Div. 846.

Court of Appeals of Alabama.
Nov. 5, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.